## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS, <br><br> Plaintiff, <br><br> vs. <br><br> WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBIN ROBBINS, J. TODD RUTHERFORD, and LEONIDAS E. STAVRINAKIS, in their official capacities as members of the HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE, <br><br> Defendants. | Case No. 3:23-cv-00795-CMC <br><br><br> **NOTICE OF APPEARANCE FOR SUSAN P. MCWILLIAMS** |

PLEASE TAKE NOTICE that the undersigned attorney, Susan P. McWilliams represents Defendants Wallace H. Jordan, Jr., J. David Weeks, Beth E. Bernstein, Paula Rawl Calhoon, Micajah P. Caskey, IV, Neal A. Collins, John Richard C. King, Robby Robbins, J. Todd Rutherford, and Leonidas E. Stavrinakis, in their official capacities as members of The House of Representatives Legislative Ethics Committee, in this matter and hereby gives notice of appearance as counsel for the Defendants identified in the above-captioned action. Ms. McWilliams respectfully requests that the Court send all future pleadings and correspondence to her at the address below.

                                                s/Susan P. McWilliams
                                                Susan P. McWilliams     Fed. ID No. 3351
                                                smcwilliams@nexsenpruet.com
                                                NEXSEN PRUET, LLC
                                                1230 Main Street, Suite 700

Columbia, SC 29201
Tel: (803) 253-8221
Fax: (803-727-1476

*Attorney for Defendants*

March 13, 2023
Columbia, South Carolina

2