# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of THE HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00795-CMC<br><br><br>**NOTICE OF APPEARANCE FOR MICHAEL ANTONIO PARENTE** |

PLEASE TAKE NOTICE that the undersigned attorney, Michael A. Parente, represents the Defendants Wallace H. Jordan, Jr., J. David Weeks, Beth E. Bernstein, Paula Rawl Calhoon, Micajah P. Caskey, IV, Neal A. Collins, John Richard C. King, Robby Robbins, J. Todd Rutherford, and Leonidas E. Stavrinakis, in their official capacities as members of The House of Representatives Legislative Ethics Committee, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below:

    s/ Michael A. Parente
    Michael A. Parente (Fed Bar No. 13358)
    NEXSEN PRUET, LLC
    1230 Main Street, Suite 700
    Columbia, SC 29201
    Telephone: 803.771.8900
    mparente@nexsenpruet.com

    *Counsel for Defendants Wallace H. Jordan, Jr., J. David Weeks, Beth E. Bernstein, Paula*

*Rawl Calhoon, Micajah P. Caskey, IV, Neal A. Collins, John Richard C. King, Robby Robbins, J. Todd Rutherford, and Leonidas E. Stavrinakis, in their official capacities as members of The House of Representatives Legislative Ethics Committee*

March 13, 2023
Columbia, South Carolina

2