# Exhibit B
*(Emails Regarding Extension Request)*

| | |
|---|---|
| **From:** | Moore, Mark C. |
| **To:** | Christopher Mills |
| **Subject:** | Re: Extension request, S.C. Freedom Caucus v. Jordan, No. 23-795 (D.S.C.) |
| **Date:** | Monday, March 6, 2023 4:38:07 PM |

Chris:

Thank you for agreeing to our request for an extension. We agree to your conditions.

Best,

Mark

Sent from my iPhone

On Mar 6, 2023, at 11:32 AM, Christopher Mills <cmills@spero.law> wrote:


{EXTERNAL EMAIL}

Mark,

Following up on your call, we can agree to a 21-day extension of time to respond, as long as you agree not to contest service of the summons/complaint and agree under Rule 5(b)(2)(E) to accept via email any papers filed until you file an appearance. Just let me know if that works.

Thanks,

Christopher

Christopher Mills
(843) 606-0640 | cmills@spero.law | www.spero.law
557 East Bay Street #22251
Charleston, SC 29413



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.