## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,  *Plaintiff*,  v.  WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of THE HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,  *Defendants*. | Civil Action No. 3:23-cv-00795-CMC |

## EXHIBIT 3

## DECLARATION OF REP. DAVID R. HIOTT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>*Plaintiff,*<br><br>v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of THE HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>*Defendants.* | Civil Action No. 3:23-cv-00795-CMC<br><br><br>**DECLARATION OF<br>REP. DAVID R. HIOTT** |

REP. DAVID R. HIOTT, hereby declares the following to be true under penalty of perjury under 28 U.S.C. § 1746:

1. I am competent to testify to and have personal knowledge of the matters stated in this declaration. As to those matters stated on information and belief, I believe them to be true.

2. I was elected to the South Carolina House of Representatives in 2004 as a Representative for District 4, which is located in Pickens County, South Carolina. I currently serve as the House Majority Leader.

3. In 2006, I was one of twenty-eight (28) sponsors of House Bill 3402 ("H. 3402").

4. H. 3402 was designed primarily to allow for the formation of a sporting caucus—and so the term "Special Interest," as used in H. 3402, was directed at the interest of sporting as evidenced by the direct mention of "a representation of sportsmen and women desiring to enhance and protect hunting, fishing, and shooting sports" in S.C. CODE ANN. § 2-17-10(21).

1

2

5. At the time, the purpose of sponsoring, voting for, and passing H. 3402 was to allow the formation of the aforementioned caucus while ensuring and supporting the important government interests of maintaining orderly elections, increasing transparency and accountability into campaign finances, and preventing corruption.

6. The protections specifically included in H. 3402 are still necessary to accomplish the governmental goals listed above.

7. H. 3402 had no severability clause at the time of its passage, which evidenced the intent of the Legislature to allow for the creation of legislative special interest caucuses only if accompanied by the related restrictions and limits on such caucuses imposed in the Act.

Signed under penalty of perjury this 27 day of April, 2023.

*David R. Hiott*
David R. Hiott