# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of THE HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00795-CMC |

## EXHIBIT 4

## DECLARATION OF REP. J. DAVID WEEKS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>Plaintiff,<br><br>v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of THE HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>Defendants. | Civil Action No. 3:23-cv-00795-CMC<br><br><br>DECLARATION OF<br>REP. J. DAVID WEEKS |

REP. J. DAVID WEEKS, hereby declares the following to be true under penalty of perjury under 28 U.S.C. § 1746:

1. I am competent to testify to and have personal knowledge of the matters stated in this declaration. As to those matters stated on information and belief, I believe them to be true.

2. I was elected to the South Carolina House of Representatives in 2000 as a Representative for District 51, which is located in Sumter County, South Carolina.

3. In my capacity as a Representative, I currently serve as the Vice-Chairman of the Ethics Committee of the South Carolina House of Representatives ("the House Ethics Committee")

4. I have served on the House Ethics Committee since 2013 and I have been the Vice-Chairman of the House Ethics Committee since 2013.

1

5.      Among the responsibilities of the House Ethics Committee is to ensure orderly elections.

6.      This is done, primarily, through enforcement of the South Carolina Ethics Act (S.C. CODE ANN §8-13-100 *et seq.*) and related lobbying statutes (S.C. CODE ANN §2-17-5 *et seq.*).

7.      It has been my understanding since I joined the House in 2000 that such statutes (which include but are not limited to House Bill 3402, which was passed in 2006 during my tenure as a Representative) that such statutes were passed to increase transparency into elections, hold donors and fundraisers accountable, and prevent corruption and/or the appearance corruption.

8.      Transparency, accountability, and the prevention of corruption or its appearance continue to be important governmental interests that the House Ethics Committee is tasked with upholding and enforcing.

Signed under penalty of perjury this 27th day of April, 2023.

_____
J. David Weeks