# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>    *Plaintiff*,<br><br>v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of the HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>    *Defendants*. | Civil Action No. 3:23-cv-00795-CMC<br><br>**MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION** |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Reed D. Rubinstein be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☒  Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐  Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____

    ☐  No duty of consultation is required because the opposing party is proceeding pro se.

                                                            Respectfully submitted,

                                                            */s/ Christopher Mills*

                                                            Christopher Mills (Fed. Bar No. 13432)
                                                            SPERO LAW LLC
                                                            557 East Bay St. #22251
                                                            Charleston, SC 29413
                                                            Tel: (843) 606-0640
                                                            cmills@spero.law

May 3, 2023