# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA FREEDOM CAUCUS,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>WALLACE H. JORDAN, JR., J. DAVID WEEKS, BETH E. BERNSTEIN, PAULA RAWL CALHOON, MICAJAH P. CASKEY, IV, NEAL A. COLLINS, JOHN RICHARD C. KING, ROBBY ROBBINS, J. TODD RUTHERFORD, AND LEONIDAS E. STAVRINAKIS, in their official capacities as members of the HOUSE OF REPRESENTATIVES LEGISLATIVE ETHICS COMMITTEE,<br><br>　　　　　*Defendants*. | Civil Action No. 3:23-cv-00795-CMC<br><br>**NOTICE OF FILING** |

　　Plaintiff South Carolina Freedom Caucus hereby provides notice of service of the summons and complaint in the above action on all Defendants, as reflected by the attached affidavits.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher Mills*

| | |
|---|---|
| Gene P. Hamilton*<br>Reed D. Rubinstein*<br>AMERICA FIRST LEGAL FOUNDATION<br>300 Independence Ave. SE<br>Washington, DC 20003<br>Tel: (202) 964-3721<br>reed.rubinstein@aflegal.org<br><br>*admitted *pro hac vice* | Christopher Mills (Fed. Bar No. 13432)<br>SPERO LAW LLC<br>557 East Bay St. #22251<br>Charleston, SC 29413<br>Tel: (843) 606-0640<br>cmills@spero.law |

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

May 9, 2023