# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 3:23-CV-00795-CMC

Plaintiff:
**South Carolina Freedom Caucus**

vs.

Defendant:
**Wallace H. Jordan, Jr., et al.**

Received by FALCON EXPRESS SERVICES, LLC to be served on **J. David Weeks, 519 Blatt Building, Columbia, SC 29211**.

I, Jeremy DiCarmine, being duly sworn, depose and say that on the **1st day of March, 2023** at **1:38 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Jane Shuler** as **Chief Legal Counsel**, a person employed therein and authorized to accept service for **J. David Weeks** at the address of: **519 Blatt Building, Columbia, SC 29211**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 125, Hair: Light Brown, Glasses: Y

Is the place of service the dwelling / usual place of abode for the party served? ( ) Yes (X) No ( ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3rd day of March, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires:

Bradleigh Ewing
NOTARY PUBLIC
State of South Carolina
My Commission Expires 8/4/2031

**Jeremy DiCarmine**
Process Server

FALCON EXPRESS SERVICES, LLC
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: FES-2023001457