## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 3:23-CV-00795-CMC

Plaintiff:
**South Carolina Freedom Caucus**

vs.

Defendant:
**Wallace H. Jordan, Jr., et al.**

Received by FALCON EXPRESS SERVICES, LLC to be served on **Neal A. Collins, 519 Blatt Building, Columbia, SC 29211**.

I, Jeremy DiCarmine, being duly sworn, depose and say that on the **1st day of March, 2023** at **1:38 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Jane Shuler** as **Chief Legal Counsel**, a person employed therein and authorized to accept service for **Neal A. Collins** at the address of: **519 Blatt Building, Columbia, SC 29211**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 125, Hair: Light Brown, Glasses: Y

Is the place of service the dwelling / usual place of abode for the party served? (  ) Yes  (X) No  (  ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 3rd day
of march , 2023 by the affiant who is
personally known to me.

NOTARY PUBLIC                    Bradleigh Ewing
My Commission Expires:              NOTARY PUBLIC
                                State of South Carolina
                          My Commission Expires 8/4/2031

_____
**Jeremy DiCarmine**
Process Server

**FALCON EXPRESS SERVICES, LLC**
**P.O. Box 874**
**Charleston, SC 29402-0874**
**(843) 577-9696**

Our Job Serial Number: FES-2023001462

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k